United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-00575-KMS
Mollie Kathleen Blair Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jun 14, 2022      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/codb | + Mollie Kathleen Blair, Angela N. Thompson, 219 Revere Circle, Mendenhall, MS 39114-3913 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bart M. Adams | on behalf of Creditor 1st Franklin Financial Corporation bart@akinsadams.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Mollie Kathleen Blair jennifer@therollinsfirm.com jenann84@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mollie Kathleen Blair trollins@therollinsfirm.com jennifer@therollinsfirm.com;tcr25law@gmail.com;notices@therollinsfirm.com;alex@therollinsfirm.com;breanne@therollinsfirm.com;trollins@ecf.courtdrive.com;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-3  User: mssbad  Page 2 of 2
Date Rcvd: Jun 14, 2022  Form ID: pdf012  Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

___



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 14, 2022**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: MOLLIE BLAIR                                    Case No. 22-00575

### ORDER RESOLVING CREDITOR'S MOTION FOR ABANDONMENT AND RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY (DK#19)

This matter is before the Court on the Motion of 1st Franklin Financial Corporation for relief from the automatic stay of 11 U.S.C. §362 (Dkt#19). Movant represented to the Court that it served the motion in accordance with all applicable rules. No opposition or response was presented by the Debtor or Co-Debtor, therefore, the Court finds as follows:

(1)

That the Court has jurisdiction over the parties and the subject matter, herein.

(2)

That the creditor holds a secured interest in the following property which secures this debt namely, a Husqvarna riding lawnmower and HP laptops (2).

(3)

That no attorney appeared on behalf of the co-maker, Angela N. Thompson, and no timely response was filed. Further, that the stay should be lifted as to the co-maker, namely, Angela N. Thompson.

(4)

That the automatic stay of 11 U.S.C. §362 is hereby immediately terminated as to the 2020 Cub Cadet ZT254 serial number 123456.

(5)

That the Creditor's Motion to Abandon and Relief from the Automatic Stay is hereby granted as to the aforementioned property and co-maker, Angela N. Thompson.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that 1st Franklin Financial Corporation's Motion to Abandon and Relief from Automatic Stay and Co-Debtor Stay is hereby granted. Further, that the aforementioned collateral is hereby abandoned from the bankruptcy estate and the Creditor shall be entitled to pursue any and all remedies available through state law to obtain the subject collateral, including contacting the Debtor directly to obtain possession. Further, that the automatic stay is hereby granted as to the co-maker, Angela N. Thompson.

##ENDOFORDER##

Submitted by:
Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com