**Fill in this information to identify the case:**

Debtor 1    Mollie Kathleen Blair

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of Mississippi
                                                (State)

Case number    22-00575

## Official Form 410S1

# Notice of Mortgage Payment Change      12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service
Centralized Servicing Center

**Court claim no.** (if known):    11

**Last 4 digits** of any number you use to identify the debtor's account:    4   1   2   5

**Date of payment change:**
Must be at least 21 days after date of this notice    08/17/2025

**New total payment:**
Principal, interest, and escrow, if any    $    334.96

---

**Part 1:**   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ _____ 178.03      New escrow payment: $ _____ 217.78

**Part 2:**   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %      New interest rate: _____ %

Current principal and interest payment: $ _____      New principal and interest payment: $ _____

**Part 3:**   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____ 295.21      New mortgage payment: $ _____ 334.96

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Cassandra Spencer                                    Date    05/08/2025
Signature

Print:        Cassandra Spencer                            Title    Bankruptcy Specialist
              First Name          Middle Name        Last Name

Company       USDA - Rural Housing Service
              Centralized Servicing Center

Address       PO Box 66879
              Number              Street

              St. Louis, MO 63166
              City                         State        ZIP Code

Contact phone  (800) 349-5097 ext                      Email   sm.rd.so.bkr@usda.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**Southern District of Mississippi**
**PAYMENT CHANGE SUMMARY**

Completed By:  Cassandra Spencer                                                05/08/2025

(Date)

Debtor(s) & Mollie Kathleen Blair
Address:

       219 Revere Circle
       Mendenhall, MS 39114

| | |
|---|---|
| Case No. | 22-00575 |
| Claim No. | 11 |
| USDA Acct No. | 4   1   2   5 |

Attorney &  Jennifer A Curry Calvillo
Address:  The Rollins Law Firm
      702 W. Pine St
      Hattiesburg, MS 39401

Trustee &  David Rawlings
Address:  David Rawlings, Chapter 13 Trustee
      P.O. Box 566
      Hattiesburg, MS 39403

Effective   08/17/2025   , the monthly ongoing payment is changing due to:

No      Yes ✓   **ESCROW:**
No ✓   Yes      **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 117.18 | Principal & Interest | 117.18 |
| Less Subsidy | | Less Subsidy | |
| Total P&I Payment | 117.18 | Total P&I Payment | 117.18 |
| | | | |
| Escrow | 178.03 | Escrow | 193.07 |
| Escrow shortage | | Escrow shortage | 24.71 |
| Total Escrow | 178.03 | Total Escrow | 217.78 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 295.21 | Total Payment | 334.96 |

**Southern District of Mississippi**

Case No.    22-00575
Claim No.      11

## <u>CERTIFICATE OF SERVICE</u>

I,  Cassandra Spencer  , do hereby certify that on   05/08/2025  , I served copies of the Notice of Mortgage Payment  Change,    to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:


By U.S. Mail, postage prepaid:

Debtor(s)

Mollie Kathleen Blair

219 Revere Circle
Mendenhall, MS 39114


Via CM/ECF:

Debtor's Attorney of Record:

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401


Chapter 13 Trustee:

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403


<u>Date</u>:  05/08/2025

/**s**/  Cassandra Spencer
_____

 Cassandra Spencer
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext.

```
E
USDA RURAL DEVELOPMENT          -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS          MO 63102


800-414-1226




    BENNY EARL BLAIR
    KATHLEEN T BLAIR
    219 REVERE CIRCLE
    MENDENHALL        MS 39114

                              DATE: 05/01/25
```

```
        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 08/17/25 THROUGH 07/31/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 08/17/25 THROUGH 07/31/26 -------
                INSURANCE               1849.00
                INS                       35.00
                COUNTY TAX               432.84

        TOTAL PAYMENTS FROM ESCROW      2316.84

        MONTHLY PAYMENT TO ESCROW        193.07 (1/12TH OF ABOVE TOTAL)
```

```
------- ANTICIPATED ESCROW ACTIVITY - 08/17/25 THROUGH 07/31/26--------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW   DESCRIPTION     ANTICIPATED     REQUIRED
                   ACTUAL STARTING BALANCE        61.40         1544.56
AUG 25    193.07                                 254.47         1737.63
SEP 25    193.07                                 447.54         1930.70
OCT 25    193.07                                 640.61         2123.77
NOV 25    193.07                                 833.68         2316.84
DEC 25    193.07                                1026.75         2509.91
JAN 26    193.07    1849.00    INSURANCE
                      35.00    INS
                     432.84    COUNTY TAX    ALP -1097.02   RLP   386.14
FEB 26    193.07                                -903.95          579.21
MAR 26    193.07                                -710.88          772.28
APR 26    193.07                                -517.81          965.35
MAY 26    193.07                                -324.74         1158.42
JUN 26    193.07                                -131.67         1351.49
JUL 26    193.07                                  61.40         1544.56
```

```
----------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -----------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -1483.16.
```

NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 60 MONTHS FROM AUGUST 17, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
        PRINCIPAL & INTEREST                            117.18
        ESCROW (1/12TH OF ANNUAL ANTICIPATED            193.07
            DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                 0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG          0.00
        PLUS: SHORTAGE PAYMENT                           24.71
        MINUS: SURPLUS CREDIT                             0.00
        ROUNDING ADJUSTMENT                               0.00
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS                0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 08/17/25      334.96
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      386.14.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      386.14.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
06/23      127.89      07/23      127.89      08/23      3821.46   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                  00/00      0.00
00/00      0.00                  00/00      0.00

```
E
USDA RURAL DEVELOPMENT          -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226
```

```
BENNY EARL BLAIR
KATHLEEN T BLAIR
219 REVERE CIRCLE
MENDENHALL        MS 39114
                              DATE: 05/01/25
```

\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY \*

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING MAY 17, 2024 AND ENDING APR 30,
2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF MAY 17, 2024 IS ---

```
             PRINCIPAL & INTEREST        117.18
             ESCROW DEPOSIT              159.84
             OPTIONAL INSURANCE            0.00
             REPLACE RESV/FHA SVC CHG      0.00
             SHORTAGE                     18.19
             DEFICIENCY                    0.00
             SURPLUS                       0.00
             ROUNDING                      0.00
             LESS BUYDOWN/ASST PAYMENT     0.00
             BORROWER PAYMENT            295.21
```

| MONTH | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ACTUAL |
|---|---|---|---|---|---|---|---|
| FEB 24 | 0.00 | | | | | 0.00 | 0.00 |
| MAR 24 | 0.00 | | | | | 0.00 | 0.00 |
| APR 24 | 0.00 | | | | STARTING BALANCE | 0.00 | 0.00 |
| MAY 24 | 159.84 | * | | | | 799.25 | -3180.91 |
| JUN 24 | 159.84 | * | | | | 959.09 | -3180.91 |
| JUL 24 | 159.84 | * | | | | 1118.93 | -3180.91 |
| AUG 24 | 159.84 | * | | | | 1278.77 | -3180.91 |
| SEP 24 | 159.84 | * | | | | 1438.61 | -3180.91 |
| OCT 24 | 159.84 | * | | | | 1598.45 | -3180.91 |
| NOV 24 | 159.84 | * | | | | 1758.29 | -3180.91 |
| DEC 24 | 159.84 | * | | 1849.00* | INSURA | 1918.13 | -3180.91 |
| JAN 25 | 159.84 | | 1472.00 | 432.84 | COUNTY | 2077.97 | -5029.91 |
| JAN 25 | | | 35.00 | | | | |

```
JAN 25                    *      411.13           *            319.68 T   -5462.75
FEB 25      159.84        *                     35.00* INS      479.52     -5497.75 A
MAR 25      159.84      99.84
                        99.84
                        99.84
                        99.84
                        99.84
                        99.84
                        99.84
                        99.84
                        99.84
                        99.84
                       127.89
                       127.89
                       127.89*                                 639.36     -4015.84
APR 25      159.84        *                                     799.20     -4015.84
TOTALS                1481.91               2316.84
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS        319.68. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
     -5497.75.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS

INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
04/22         99.84       05/22         99.84       06/22          99.84
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

```
TOTALS              1481.91            2316.84
00/00       0.00                 00/00       0.00
00/00       0.00                 00/00       0.00
```