# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Mollie Kathleen Blair, Debtor**                    **Case No. 22-00575-KMS**
**Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  I have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:   /s/ Mollie Kathleen Blair _____                    05-26-2026__
          Mollie Kathleen Blair                                        Date


          /s/ Thomas C. Rollins, Jr._____              05-26-2026___
          Thomas C. Rollins, Jr., MS Bar No. 103469                    Date
          Attorney for the Debtor
          The Rollins Law Firm, PLLC
          P.O. Box 13767
          Jackson, MS 39236
          601.500.5533

3.  Mailing address for filing responses:

Jackson Office:                          Gulfport Divisional Office:
Danny L. Miller, Clerk                   Danny L. Miller, Clerk
United States Bankruptcy Court           United States Bankruptcy Court
Thad Cochran US Courthouse               Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                2012 15th St, Suite 244
Jackson, MS 39201                        Gulfport, MS 39501


### CERTIFICATE OF SERVICE

On May 27, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                              /s/ Thomas C. Rollins, Jr._____
                              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MOLLIE KATHLEEN BLAIR

CASE NO: 22-00575

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/27/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/27/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MOLLIE KATHLEEN BLAIR

CASE NO: 22-00575

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 5/27/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/27/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-00575
SOUTHERN DISTRICT OF MISSISSIPPI
WED MAY 27 10-23-5 PST 2026

1ST FRANKLIN FINANCIAL CORPORATION
PO BOX 190
MAGEE  MS 39111-0190

FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE  TX 76099-1149


EXCLUDE

(U)GLOBAL LENDING SERVICES LLC

USDA
PO BOX 66879
ST LOUIS  MO 63166-6879

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036


1ST FRANKLIN FINANCIAL
1667 SIMPSON HWY 49
SUITE 4
MAGEE MS 39111-4291

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMINISTRATIVE SERVICES
PO BOX 880
TOCCOA  GA 30577-0880

ADVANCE AMERICA
4237B LAKELAND DR
FLOWOOD  MS 39232-9212


ADVANCE AMERICA  CASH ADVANCE CENTERS OF MS
ADVANCE AMERICA  CASH ADVANCE CENTERS  I
CO PURPOSE FINANCIAL  INC
PO BOX 3058
SPARTANBURG  SC 29304-3058

AMERICAN CREDIT ACCEPT
PO BOX 204531
DALLAS  TX 75320-4531

AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN STREET
SPARTANBURG SC 29302-2149


ANGELA THOMPSON
219 REVERE CIRCLE
MENDENHALL  MS 39114-3913

BENNY EARL BLAIR
219 REVERE CIRCLE
MENDENHALL  MS 39114-3913

CASHNETUSA
175 W JACKSON BLVD
SUITE 1000
CHICAGO  IL 60604-2863


COMMUNITY CHOICE FINAN
1573 US 49
MAGEE MS 39111

COMMUNITY CREDIT
205 MAIN ST
STE A
MENDENHALL  MS 39114-3444

FIRST HERITAGE CREDIT
400 11TH AVE SW
MAGEE  MS 39111-5381


EXCLUDE

FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC
DBA 1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
402 5TH AVE SW
MAGEE  MS 39111-3904

FIRST TOWER LOAN  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

(D)FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE  TX 76099-1149


EXCLUDE

(P)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

(D)(P)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

INSTANT CASH
102 ALLMAN ST
LUCEDALE  MS 39452-5852


(P)INSTANT CASH  INC
ATTN KARI RICHARDSON
PO BOX 71
COLUMBIA MS 39429-0071

NATIONAL CREDIT ADJUST
PO BOX 3023
HUTCHINSON  KS 67504-3023

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

SMITH ROUCHON  ASSOC
1456 ELLIS AVENUE
JACKSON  MS 39204-2204

SOUTHERN FINANCIAL SYS
2603 OAK GROVES RD
STE B
HATTIESBURG  MS 39402-8928

SPEEDEE CASH
PO BOX 780408
WICHITA  KS 67278-0408

SPEEDYRAPID CASH
PO BOX 780408
WICHITA  KS 67278-0408

SUMMIT FINANCE
1667 SIMPSON HWY 49
STE 5
MAGEE  MS 39111-4291

SUNBELT FEDERAL CREDIT UNION
6885 US HWY 49 N 3
HATTIESBURG  MS 39402

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

USDA RURAL DEVELOPMENT
PO BOX 66801
SAINT LOUIS  MO 63166-6801

USDA RURAL DEVELOPMENT
CO US ATTORNEY
501 E COURT ST
STE 4401
JACKSON  MS 39201-5022

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

UNITED STATES OF AMERICA  USDARURAL HOUSING
CUSTOMER SERVICE CENTER
PO BOX 66879
ST LOUIS  MO 63166-6879

WFC
PO BOX 6429
GREENVILLE  SC 29606-6429

ADVANCE AMERICA
CO PURPOSE FINANCIAL
PO BOX 3058
SPARTANBURG  SC 29304-3058

ANGELA N THOMPSON
219 REVERSE CIR
MENDENHALL  MS 39114-3913

EXCLUDE

BENNY BLAIR
219 REVERE CIRCLE
MENDENHALL  MS 39114-3913

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

DEBTOR

EXCLUDE

MOLLIE KATHLEEN BLAIR
219 REVERE CIRCLE
MENDENHALL  MS 39114-3913

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767