**Fill in this information to identify the case:**

Debtor 1    Mollie Kathleen Blair

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of Mississippi
(State)

Case number    22-00575

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service - CSC

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:    4  1  2  5

**Date of payment change:**
Must be at least 21 days after date of this notice    08/17/2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ 341.22

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 217.78      **New escrow payment:** $ 224.04

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%      **New interest rate:** _____%

   **Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

| Part 3: | Annual HELOC Notice |
| --- | --- |

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

   **Current HELOC payment:** $_____

   **Reconciliation amount:** + $_____ or
                         - $_____

Debtor 1   Mollie Kathleen Blair
           First Name    Middle Name    Last Name        Case number (*if known*) 22-00575

Amount of next payment (including reconciliation amount)         $_____

Amount of the new payment thereafter (without reconciliation amount)    $_____

| Part 4: | Other Payment Change |

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____                                    _____

Current mortgage payment: $ ____334.96____    New mortgage payment: $ ____341.22____

| Part 5: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ SHAMIKA WILLIAMS                                Date  06/23/2026
    Signature

Print:   SHAMIKA                    WILLIAMS              Title   Bankruptcy Specialist
         First Name    Middle Name    Last Name

Company   USDA - Rural Housing Sevice - CSC

Address   PO Box 66879
          Number      Street
          St Louis                        MO      63166
          City                          State    ZIP Code

Contact phone  ( 800 ) 349 – 5097        Email   sm.rd.so.bkr@usda.gov

Official Form 410S1              **Notice of Mortgage Payment Change**              page **2**

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**
**PAYMENT CHANGE SUMMARY**

**Completed By:**  SHAMIKA WILLIAMS

06/23/2026
(Date)

| | |
|---|---|
| **Debtor(s) & Address:** Mollie Kathleen Blair | **Case No.** 22-00575 |
| 219 Revere Circle | **Claim No.** 11 |
| Mendenhall, MS 39114 | **USDA Acct No.** 4 1 2 5 |

**Attorney & Address:** Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

**Trustee & Address:** David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

**Effective** 08/17/2026 **, the monthly ongoing payment is changing due to:**

No    Yes ✓ **ESCROW:**
No ✓ Yes    **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 117.18 | Principal & Interest | 117.18 |
| Less Subsidy | | Less Subsidy | |
| Total P&I Payment | 117.18 | Total P&I Payment | 117.18 |
| | | | |
| Escrow | 193.07 | Escrow | 197.48 |
| Escrow shortage | 24.71 | Escrow shortage | 26.56 |
| Total Escrow | 217.78 | Total Escrow | 224.04 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 334.96 | Total Payment | 341.22 |

**Southern District of Mississippi**

Case No.    22-00575
Claim No.      11

## CERTIFICATE OF SERVICE

I,   SHAMIKA WILLIAMS   , do hereby certify that on  06/23/2026, I served copies of the Notice of Mortgage Payment  Change,    to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:


By U.S. Mail, postage prepaid:

Mollie Kathleen Blair

Debtor(s)

219 Revere Circle
Mendenhall, MS 39114


Via CM/ECF:

Debtor's Attorney of Record:

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401


Chapter 13 Trustee:

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403


Date:  06/23/2026          /s/  SHAMIKA WILLIAMS
                            SHAMIKA WILLIAMS
                            Bankruptcy Specialist
                            USDA, Rural Housing Service
                            1-800-349-5097 ext.

"

```
USDA RURAL DEVELOPMENT          -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226




BENNY EARL BLAIR
KATHLEEN T BLAIR
219 REVERE CIRCLE
MENDENHALL            MS 39114
                                      DATE: 06/11/26
```

**\*\*\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS \*\*\***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 08/17/26 THROUGH 07/31/27.

------- ANTICIPATED PAYMENTS FROM ESCROW - 08/17/26 THROUGH 07/31/27 -------

```
              INSURANCE                 1849.00
              INS                         35.00
              COUNTY TAX                 485.83

        TOTAL PAYMENTS FROM ESCROW       2369.83

        MONTHLY PAYMENT TO ESCROW         197.48 (1/12TH OF ABOVE TOTAL)
```

------- ANTICIPATED ESCROW ACTIVITY - 08/17/26 THROUGH 07/31/27 -------

| MONTH | -ANTICIPATED PAYMENTS- TO ESCROW | FROM ESCROW | DESCRIPTION | -- ESCROW BALANCE COMPARISON -- ANTICIPATED | | REQUIRED |
|---|---|---|---|---|---|---|
|  |  | ACTUAL | STARTING BALANCE | 304.93 | | 1579.91 |
| AUG 26 | 197.48 | | | 502.41 | | 1777.39 |
| SEP 26 | 197.48 | | | 699.89 | | 1974.87 |
| OCT 26 | 197.48 | | | 897.37 | | 2172.35 |
| NOV 26 | 197.48 | | | 1094.85 | | 2369.83 |
| DEC 26 | 197.48 | | | 1292.33 | | 2567.31 |
| JAN 27 | 197.48 | 1849.00 | INSURANCE | | | |
|  |  | 35.00 | INS | | | |
|  |  | 485.83 | COUNTY TAX  ALP | -880.02 | RLP | 394.96 |
| FEB 27 | 197.48 | | | -682.54 | | 592.44 |
| MAR 27 | 197.48 | | | -485.06 | | 789.92 |
| APR 27 | 197.48 | | | -287.58 | | 987.40 |
| MAY 27 | 197.48 | | | -90.10 | | 1184.88 |
| JUN 27 | 197.48 | | | 107.38 | | 1382.36 |
| JUL 27 | 197.48 | | | 304.86 | | 1579.84 |

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS   -1274.98.

NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 48 MONTHS FROM AUGUST 17, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS      0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                            117.18
            ESCROW (1/12TH OF ANNUAL ANTICIPATED            197.48
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                 0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG          0.00
            PLUS: SHORTAGE PAYMENT                           26.56
            MINUS: SURPLUS CREDIT                             0.00
            ROUNDING ADJUSTMENT                               0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 08/17/26      341.22
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      394.96.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      394.96.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
09/23          127.89       10/23          127.89      11/23          6051.15    *
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00      0.00                            00/00      0.00
00/00      0.00                            00/00      0.00
```

```
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS               MO 63102

800-414-1226



BENNY EARL BLAIR
KATHLEEN T BLAIR
219 REVERE CIRCLE
MENDENHALL             MS 39114
                            DATE: 06/11/26
```

* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING AUG 17, 2025 AND ENDING JUL 31,
2026. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF AUG 17, 2025 IS ---

```
PRINCIPAL & INTEREST            117.18
ESCROW DEPOSIT                  193.07
OPTIONAL INSURANCE                0.00
REPLACE RESV/FHA SVC CHG          0.00
SHORTAGE                         24.71
DEFICIENCY                        0.00
SURPLUS                           0.00
ROUNDING                          0.00
LESS BUYDOWN/ASST PAYMENT         0.00
BORROWER PAYMENT                334.96
```

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PRJ | ACTUAL | PRIOR PRJ | ACTUAL | DESCRIPTION | PRIOR PRJ | ACTUAL |
| MAY 25 | 0.00 | | | | | 0.00 | 0.00 |
| JUN 25 | 0.00 | | | | | 0.00 | 0.00 |
| JUL 25 | 0.00 | | | | | 0.00 | 0.00 |
| | | | | | STARTING BALANCE | 1544.56 | -4015.84 |
| AUG 25 | 193.07 | * | | | | 1737.63 | -4015.84 |
| SEP 25 | 193.07 | 127.89* | | | | 1930.70 | -3887.95 |
| OCT 25 | 193.07 | * | | | | 2123.77 | -3887.95 |
| NOV 25 | 193.07 | * | | | | 2316.84 | -3887.95 |
| DEC 25 | 193.07 | 127.89 | | 1849.00 | INSURA | | |
| DEC 25 | | 127.89* | | * | | 2509.91 | -5481.17 |
| JAN 26 | 193.07 | | 1849.00 | 485.83 | COUNTY | | |
| JAN 26 | | 35.00 | | | | | |
| JAN 26 | | * | 432.84 | * | | 386.14 T | -5967.00 |
| FEB 26 | 193.07 | * | | 35.00* | INS | 579.21 | -6002.00 A |

| | | | | |
|---|---|---|---|---|
| MAR 26 | 193.07 | * | 772.28 | -6002.00 |
| APR 26 | 193.07 | * | 965.35 | -6002.00 |
| MAY 26 | 193.07 | * | 1158.42 | -6002.00 |
| JUN 26 | 193.07 | ** | 1351.49 | -6002.00 |
| JUL 26 | 193.07 | ** | 1544.56 | -6002.00 |
| TOTALS | 383.67 | 2369.83 | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS       386.14. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS       -6002.00.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

| | | | | | |
|---|---|---|---|---|---|
| 06/23 | 127.89 | 07/23 | 127.89 | 08/23 | 127.89 |

ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

| | | | |
|---|---|---|---|
| 00/00 | 0.00 | 00/00 | 0.00 |
| 00/00 | 0.00 | 00/00 | 0.00 |
| 00/00 | 0.00 | 00/00 | 0.00 |