United States Bankruptcy Court

Southern District of Mississippi

In re:

Case No. 22-00575-KMS

Mollie Kathleen Blair

Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jun 24, 2026 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mollie Kathleen Blair, 219 Revere Circle, Mendenhall, MS 39114-3913 |
| aty | + | Bart M. Adams, Fortier & Akins, P.A., 108 Jefferson Street, Ripley, MS 38663-2016 |
| codb | | Angela N. Thompson, 219 Reverse Cir., Mendenhall, MS 39114-3913 |
| codb | + | Benny Blair, 219 Revere Circle, Mendenhall, MS 39114-3913 |
| 5088628 | + | Angela Thompson, 219 Revere Circle, Mendenhall, MS 39114-3913 |
| 5088629 | + | Benny Earl Blair, 219 Revere Circle, Mendenhall, MS 39114-3913 |
| 5088631 | | Community Choice Finan, 1573 US 49, Magee, MS 39111 |
| 5088632 | + | Community Credit, 205 Main St, Ste A, Mendenhall, MS 39114-3444 |
| 5088635 | + | Instant Cash, 102 Allman St, Lucedale, MS 39452-5852 |
| 5088641 | + | Summit Finance, 1667 SImpson Hwy 49, STe 5, Magee, MS 39111-4291 |
| 5088642 | | Sunbelt Federal Credit Union, 6885 US Hwy 49 N #3, Hattiesburg, MS 39402 |
| 5088645 | | USDA Rural Development, PO Box 66801, Saint Louis, MO 63166-6801 |
| 5462899 | + | United States of America, USDA-Rural Housing Servi, Customer Service Center, P.O. Box 66879, St. Louis, MO 63166-6879 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@1ffc.com | Jun 24 2026 19:36:00 | 1st Franklin Financial Corporation, PO Box 190, Magee, MS 39111-0190 |
| cr | + | Email/Text: bnc@teampurpose.com | Jun 24 2026 19:36:00 | Advance America, c/o Purpose Financial, PO Box 3058, Spartanburg, SC 29304, UNITED STATES 29304-3058 |
| cr | + | EDI: USDARHS.COM | Jun 24 2026 23:38:00 | USDA, PO BOX 66879, ST LOUIS, MO 63166-6879 |
| 5088625 | + | Email/Text: bankruptcy@1ffc.com | Jun 24 2026 19:36:00 | 1st Franklin Financial, 1667 Simpson Hwy 49, Suite 4, Magee, MS 39111-4291 |
| 5096139 | + | Email/Text: bankruptcy@1ffc.com | Jun 24 2026 19:36:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5088626 | + | Email/Text: bnc@teampurpose.com | Jun 24 2026 19:36:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 5089682 | + | Email/Text: bnc@teampurpose.com | Jun 24 2026 19:36:00 | Advance America, Cash Advance Centers of MS, LLC, Advance America, Cash Advance Centers, I, c/o Purpose Financial, Inc., PO Box 3058, Spartanburg, SC 29304-3058 |
| 5088627 | | Email/Text: bankruptcy@acacceptance.com | Jun 24 2026 19:36:00 | American Credit Accept, P.O. Box 204531, Dallas, TX 75320-4531 |
| 5097618 | + | Email/Text: bankruptcy@acacceptance.com | Jun 24 2026 19:36:00 | American Credit Acceptance, 961 East Main Street, Spartanburg SC 29302-2149 |
| 5088630 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 24 2026 19:36:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: 3180W | Total Noticed: 40 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Chicago, IL 60604-2863 |
| 5088633 | + | Email/Text: bankruptcy@curo.com | Jun 24 2026 19:37:00 | First Heritage Credit, 400 11th Ave Sw, Magee, MS 39111-5381 |
| 5090063 | + | Email/Text: bankruptcy@curo.com | Jun 24 2026 19:37:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, 402 5th Ave SW, Magee, MS 39111-3904 |
| 5108291 | + | Email/Text: bankruptcycourt@towerloan.com | Jun 24 2026 19:36:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5547183 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 24 2026 19:37:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5088634 |  | Email/Text: bankruptcy@glsllc.com | Jun 24 2026 19:36:00 | Global Lending Service, PO Box 10437, Greenville, SC 29603 |
| 5106570 |  | Email/Text: bankruptcy@glsllc.com | Jun 24 2026 19:36:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5108549 |  | Email/Text: kari@trcloans.com | Jun 24 2026 19:36:00 | Instant Cash, Inc., P.O. Box 71, Columbia, MS 39429-0071 |
| 5088636 |  | Email/Text: bankruptcy@ncaks.com | Jun 24 2026 19:36:00 | National Credit Adjust, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5088637 |  | Email/Text: bankruptcy@republicfinance.com | Jun 24 2026 19:36:00 | Republic Finance, P.O. Box 326, Magee, MS 39111 |
| 5088638 | + | Email/Text: Tracey@sra-inc.net | Jun 24 2026 19:36:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 5088639 | + | Email/Text: angiec@mysfsinc.com | Jun 24 2026 19:36:00 | Southern Financial Sys, 2603 Oak Groves Rd, Ste B, Hattiesburg, MS 39402-8928 |
| 5088640 | + | Email/Text: bkinfo@ccfi.com | Jun 24 2026 19:36:00 | Speedee Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 5107708 | + | Email/Text: bkinfo@ccfi.com | Jun 24 2026 19:36:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 5088643 |  | Email/Text: bankruptcycourt@towerloan.com | Jun 24 2026 19:36:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5088644 | ^ | MEBN | Jun 24 2026 19:35:46 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5088646 | + | Email/Text: ebone.woods@usdoj.gov | Jun 24 2026 19:36:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5088647 | + | Email/Text: bk@worldacceptance.com | Jun 24 2026 19:36:00 | Wfc, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Global Lending Services LLC |
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0538-3        User: mssbad        Page 3 of 3

Date Rcvd: Jun 24, 2026        Form ID: 3180W        Total Noticed: 40

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Global Lending Services LLC cbarbour@blswlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Mollie Kathleen Blair jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mollie Kathleen Blair trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mollie Kathleen Blair** | Social Security number or ITIN   **xxx–xx–8055** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **22–00575–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Mollie Kathleen Blair**
aka Mollie K Thompson, aka Kathy Mollie Thompson Blair, aka Mollie
K Blair, aka Mollie Thompson Blair

Dated: 6/24/26

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**